

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00225-CV

Regina **CYPHERS**,
Appellant

v.

**CHILDREN'S ALLIANCE OF SOUTH TEXAS**,
Lorelei Iris Voronin, Christina Martinez, and Alexandra Torres,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-01494
Honorable Aaron Haas, Judge Presiding

PER CURIAM

Sitting:     Patricia O. Alvarez, Justice
             Luz Elena D. Chapa, Justice
             Irene Rios, Justice

Delivered and Filed: August 11, 2021

DISMISSED FOR WANT OF JURISDICTION

On January 25, 2021, Regina Cyphers sued Children's Alliance of South Texas and other defendants for, inter alia, defamation. On May 11, 2021, the trial court granted the defendants' motion to dismiss under the TCPA. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 27.003(a). In its order, the trial court noted that "the Court will determine the reasonable and necessary amount of fees and costs to award to Defendants against Plaintiff at a future hearing."

On June 2, 2021, Regina Cyphers, representing herself, filed a notice of appeal.

Generally, "an appeal may be taken only from a final judgment. A judgment is final for purposes of appeal if it disposes of all pending parties and claims in the record, except as necessary to carry out the decree." *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001).

Here, the trial court's order expressly states it has not yet determined the court costs and reasonable attorney's fees and expenses that it must award to the defendants. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 27.009(a) (mandatory costs, sanctions); *Leniek v. Evolution Well Servs., LLC*, No. 14-18-00954-CV, 2019 WL 438825, at *2 (Tex. App.—Houston [14th Dist.] Apr. 2, 2019, no pet.) (mem. op.). The trial court's May 11, 2021 order did not dispose of all parties and claims. *Cf. Lehmann*, 39 S.W.3d at 200 (noting "[t]he intent to finally dispose of the case must be unequivocally expressed in the words of the order"); *Leniek*, 2019 WL 438825, at *2 (determining an order that granted a TCPA motion to dismiss but did not determine or award court costs and reasonable attorney's fees and expenses was "an unappealable interlocutory order").

On July 16, 2021, we ordered Appellant Regina Cyphers to show cause in writing not later than July 26, 2021, why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). We warned her that if she did not timely provide written proof as ordered, we would dismiss her appeal. *See id.* To date, Appellant has not filed any response.

We dismiss this appeal for want of jurisdiction.

PER CURIAM